IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3219 |
| v. | ) ) | |
| ILLINOIS UNION INSURANCE, Company, an Illinois Corporation, | ) ) ) | ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
| Defendant. | ) ) | |

　　　　IT IS ORDERED that pursuant to the Notice of Voluntary Dismissal of Action with Prejudice, filing 6, this action is dismissed with prejudice, each party to bear its own costs.

　　　　Dated January 7, 2008.

　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　s/ Warren K. Urbom
　　　　　　　　　　　　　　　　United States Senior District Judge